Superior Court lacks equity jurisdiction to entertain an appeal from a town council's refusal to enact an amendment to its zoning ordinance. *Id.* Accordingly the trial justice in the instant case erred as a matter of law in determining that the Superior Court could invoke its jurisdiction to entertain this appeal.

We note that a portion of the record relied upon by the trial justice, namely, the transcript of the hearing held before the ordinance committee of the city council, was not certified to this court upon issuance of the writ of certiorari. Thus it was not examined by this court in determining the outcome of this case. However, because this matter is disposed of solely on jurisdictional grounds, we are convinced that had the forementioned transcript been subject to our review, it would have had no impact on the disposition of this case.

For the reasons stated, the petition for certiorari is granted and the decision of the Superior Court is vacated.

## ORDER

This case came before the court for oral argument on February 18, 1992. The plaintiff, United States Investment and Development Corporation, was ordered to appear and show cause why its appeal from a Superior Court's order granting defendant's motion for summary judgment should not be denied and dismissed.

After considering the arguments and memoranda of counsel, this court is of the opinion that cause has not been shown. The trial justice correctly determined as a matter of law that Greater Providence Deposit Corporation (GPDC) had no notice of plaintiff's interest in the subject property, and that GPDC took a mortgage in said property in good faith. The trial justice properly concluded, therefore, that this transaction is not voidable pursuant to G.L. 1956 (1985 Reenactment) § 6–16–8(a), as amended by P.L.1986, ch. 438, § 2.

Accordingly, plaintiff's appeal is denied and dismissed, and the judgment of the Superior Court is affirmed.

FAY, C.J., and WEISBERGER, J., did not participate.

UNITED STATES INVESTMENT AND DEVELOPMENT CORPORATION

v.

WETHERSFIELD COMMONS CONDO-MINIUM ASSOCIATION INC., Lyle Fain, and Greater Providence Deposit Corporation.

No. 91–306–Appeal.

Supreme Court of Rhode Island.

Feb. 27, 1992.

Kathleen J. MEEHAN

v.

Charles E. MEEHAN.

No. 91–349–Appeal.

Supreme Court of Rhode Island.

Feb. 28, 1992.

Peter J. Cerilli, Milton Stanzler, Providence, for plaintiff.

John P. Gyorgy, James Iacoi, Providence, for defendant.

